IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00030-MP-AK

BOBBY DEAN HOLCY,

   Defendant.

_____/

### **O R D E R**

This matter is before the Court on a memorandum from the Probation Office forwarding to the Court a letter by Bobby Holcy seeking early termination of supervised release. Previously, in the order at Doc. 103, the Court extended the term of Mr. Holcy's supervised release until May 26, 2009. After consultation with the Government and the Probation Office, the Court determines that the motion should be granted. It is hereby

**ORDERED AND ADJUDGED:**

The motion for early termination of supervised release is GRANTED, and the supervised release of BOBBY DEAN HOLCY is terminated. Mr. Holcy is no longer subject to supervised release.

**DONE AND ORDERED** this  *27th* day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge